# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:20 -CV-60179-RKA

Plaintiff:
**WESLEY RUBIN**

vs.

Defendant:
**GOOD CLEAN VAPES, LLC**

For:
MICHELLE COHEN LEVY
THE LAW OFFICES OF MICHELLE COHEN LEVY, PA
4400 N. FEDERAL HWY
LIGHTHOUSE POINT, FL 33064

Received by OJF SERVICES, INC. on the 28th day of January, 2020 at 9:38 am to be served on **GOOD CLEAN VAPES, LLC C/O ALI SIDDIQUI AS REGISTERED AGENT, 3898 VIA POINCIANA, SUITE 15, LAKE WORTH, FL 33467**.

I, Liz Mills, do hereby affirm that on the **30th day of January, 2020** at **1:10 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ALI SIDDIQUI** as **Registered Agent** At the address of: **3898 VIA POINCIANA, SUITE 15, LAKE WORTH, FL 33467** for **GOOD CLEAN VAPES, LLC C/O ALI SIDDIQUI AS REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**Liz Mills**
CPS #890

**OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750**

Our Job Serial Number: OJF-2020001560

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

